UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ARMENIAN ASSEMBLY OF AMERICA, INC., and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC.,

                Plaintiffs,

v.

GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) of THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., and PRESIDENT and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; JOHN J. WATERS, JR., INDIVIDUALLY and as SECRETARY/TREASURER OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., PRESIDENT OF THE TOMKAT LIMITED PARTNERSHIP, and SECRETARY and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; THE CAFESJIAN FAMILY FOUNDATION, INC.; and THE TOMKAT LIMITED PARTNERSHIP,

                Defendants.

Civil File No. _____

## RULE 7. 1 DISCLOSURE STATEMENT FOR PLAINTIFFS THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC. AND THE ARMENIAN ASSEMBLY OF AMERICA, INC

Plaintiffs the Armenian Genocide Museum and Memorial, Inc. and the Armenian Assembly of America, Inc. make the following statements pursuant to LCvR 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    Each of them is a District of Columbia non-profit corporation with no members, no stock and no shareholders.

    2.    No publicly held company owns any stock in either of them.

1

                              Respectfully submitted,

Dated:  February 15, 2008      **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

                              By: _____
                                   David T. Case (D.C. Bar No. 384062)
                                   1601 K Street, N.W.
                                   Washington, D.C. 20006
                                   Tel:  (202) 778-9000
                                   Fax:  (202) 778-9100

Counsel for Plaintiffs
Armenian Genocide Museum and Memorial, Inc. and the Armenian Assembly of America, Inc