CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE ARMENIAN ASSEMBLY OF AMERICA, )
  et al.                          )
                                  )
                                  )
                                  )
                    Plaintiff     )    Civil Case Number 08-0255 (CKK)
                                  )
        v.                        )
                                  )
                                  )    Category    M
GERALD L. CAFESJIAN, et al.       )
                                  )
                                  )
                                  )
                    Defendant     )
                                  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>February 29, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Colleen Kollar-Kotelly</u> by direction of the Calendar Committee.

(Reassigned as related to 07cv1259)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Roberts</u> & Courtroom Deputy
       <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk