**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC., and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) of THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., and PRESIDENT and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; JOHN J. WATERS, JR., INDIVIDUALLY and as SECRETARY/TREASURER OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., PRESIDENT OF TOMKAT LIMITED PARTNERSHIP, and SECRETARY and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; THE CAFESJIAN FAMILY FOUNDATION, INC.; and TOMKAT LIMITED PARTNERSHIP,<br><br>               Defendants. | Civil File No.<br>1:08-cv-00255 (CKK) |

**JOINT STIPULATION OF PARTIES REGARDING EXTENSION OF TIME TO ANSWER OR RESPOND**

COMES NOW Plaintiffs, The Armenian Assembly of America, Inc. and The Armenian Genocide Museum and Memorial, Inc., and Defendants, Gerard L. Cafesjian, John J. Waters, Jr., The Cafesjian Family Foundation, Inc. and TomKat Limited Partnership, by and through their attorneys, and hereby stipulate that the Defendants shall have an extension, through and including Monday, April 7, 2008, to file an Answer or otherwise plead to Plaintiffs' Complaint in the above-captioned action.

Respectfully submitted,

Dated:  March 3, 2008    **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   /s/  David. T. Case
   David T. Case (D.C. Bar No. 384062)
   Bruce H. Nielson (D.C. Bar No. 414440)
   1601 K Street, N.W.
   Washington, D.C. 20006
   Tel:  (202) 778-9000
   Fax:  (202) 778-9100

   AND

   /s/   Arnold R. Rosenfeld
   Arnold R. Rosenfeld (MA Bar No. 428860)
   Naoka E. Carey (MA Bar No. 655312)
   One Lincoln Street
   Boston, MA 02111
   Tel: (617) 261-3155
   Fax: (617) 261-3175

**COUNSEL FOR PLAINTIFFS**

**BRIGGS AND MORGAN, P.A.**

By:    /s/ Timothy R. Thornton
   Timothy R. Thornton (Minn. #109630)
   Molly M. Borg (Minn. #0331922)
   2200 IDS Center
   80 South Eighth Street
   Minneapolis, MN 55402-2157
   (612) 977-8400

**AND**
**HOGAN AND HARSTON LLP**
By:   /s/ Peter C. Lallas
   Ty Cobb (DC Bar No. 270736)
   Peter C. Lallas (D.C. Bar No. 384062)
   555 Thirteenth Street, N.W.
   Washington, D.C. 20004-1109
   Tel:  (202) 637-5600

**COUNSEL FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC., and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., <br><br>                   Plaintiffs, <br><br> v. <br><br> GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) of THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., and PRESIDENT and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; JOHN J. WATERS, JR., INDIVIDUALLY and as SECRETARY/TREASURER OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., PRESIDENT OF TOMKAT LP, and SECRETARY and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION; THE CAFESJIAN FAMILY FOUNDATION, INC.; and  TOMKAT LP, <br><br>                   Defendants. | Civil File No. <br> 1:08-cv-00255 (CKK) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Parties Regarding Extension of Time to Answer or Respond.  Accordingly, it is hereby ORDERED that the Defendants shall have an extension of time, through and including Monday, April 7, 2008, to file an Answer or otherwise plead to Plaintiffs' Complaint in the above-captioned action.

**SO ORDERED.**


Dated: _____                    _____
                                                                         Hon. Colleeen Kollar-Kotelly


BOS-1172845 v1