UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC., and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) of THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., and PRESIDENT and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; JOHN J. WATERS, JR., INDIVIDUALLY and as SECRETARY/TREASURER OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., PRESIDENT OF TOMKAT LIMITED PARTNERSHIP, and SECRETARY and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; THE CAFESJIAN FAMILY FOUNDATION, INC.; and TOMKAT LIMITED PARTNERSHIP, <br><br> Defendants. | Civil File No. <br> 1:08-cv-00255 (CKK) |

**JOINT MOTION TO ENTER STIPULATION AS AN ORDER AND EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs, The Armenian Assembly of America, Inc. and The Armenian Genocide Museum and Memorial, Inc. ("Plaintiffs"), and Defendants, Gerard Cafesjian, The Cafesjian Family Foundation, John Waters and TomKat LP ("Defendants") by and through their counsel, hereby jointly move the Court to enter the parties' Joint Stipulation of Parties Regarding Extension of Time to Answer or Respond as an Order and to permit the Defendants to have an extension, through and including Monday, April 7, 2008, to file an Answer or otherwise plead to Plaintiffs' Complaint in the above-captioned action. As reason therefore, the parties state as follows:

BOS-1174252 v1
2149772v1

1. The instant action was commenced by Plaintiffs on February 15, 2008 with the filing of a Complaint.

2. Since the filing of the Complaint, the parties, through their counsel, have engaged in mediation with Hon. Alan Kay (on February 25, 2008), to whom a related case pending in this court, Armenian Genocide Museum and Memorial, Inc. v. Cafesjian Family Foundation, Inc., Civil Action No. 07-1259 (CKK), was referred for mediation, and the parties are also engaged in ongoing settlement discussions and correspondence.

3. There is good cause to permit the Defendants a short (approximately one month) extension of time to Answer or respond to Plaintiffs' Complaint, as the additional time will allow counsel to work towards compromise positions as opposed to adversary positions, will reduce legal fees and costs, and will permit the parties to move more quickly to take advantage of current ongoing settlement discussions. Defendants offered the same courtesy to plaintiffs in a related action, *Waters et al. v. AGM&M et al.*, D. Minn. File No. 08-373, and the Court approved the stipulated extension for time to answer or otherwise plead to April 7, 2008. In sum, the short delay will enhance the possibility of a successful negotiated resolution of this matter.

    Respectfully submitted,

Dated: March 4, 2008     **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   /s/ David. T. Case
David T. Case (D.C. Bar No. 384062)
Bruce Nielson (D.C. Bar No. 414440)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

AND

      /s/
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175

**COUNSEL FOR PLAINTIFFS**


**BRIGGS AND MORGAN, P.A.**

By:   /s/ Timothy R. Thornton
      Timothy R. Thornton (Minn. #109630)
      Molly M. Borg (Minn. #0331922)
      2200 IDS Center
      80 South Eighth Street
      Minneapolis, MN 55402-2157
      (612) 977-8400

**AND**
**HOGAN AND HARSTON LLP**
By:   /s/ Peter C. Lallas
      Ty Cobb (DC Bar No. 270736)
      Peter C. Lallas (D.C. Bar No. 384062)
      555 Thirteenth Street, N.W.
      Washington, D.C. 20004-1109
      Tel: (202) 637-5600

**COUNSEL FOR DEFENDANTS**

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC., and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) of THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., and PRESIDENT and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION, INC.; JOHN J. WATERS, JR., INDIVIDUALLY and as SECRETARY/TREASURER OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., PRESIDENT OF TOMKAT LP, and SECRETARY and DIRECTOR OF THE CAFESJIAN FAMILY FOUNDATION; THE CAFESJIAN FAMILY FOUNDATION, INC.; and TOMKAT LP,<br><br>     Defendants. | Civil File No.<br>1:08-cv-00255 (CKK) |

## ORDER

  This matter is before the Court on the parties' Joint Stipulation of Parties Regarding Extension of Time to Answer or Respond. Accordingly, it is hereby ORDERED that the Defendants shall have an extension of time, through and including Monday, April 7, 2008, to file an Answer or otherwise plead to Plaintiffs' Complaint in the above-captioned action.

  **SO ORDERED.**


Dated: _____        _____
                     Hon. Colleeen Kollar-Kotelly