## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC. and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil File No. 08-00255 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter C. Lallas, am a member in good standing of the bar of this Court. I hereby move that Molly Borg be permitted to represent defendants in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for defendant. A Declaration of Ms. Borg in support of this Motion is appended hereto and incorporated by reference.

                              Respectfully submitted,

                              /s/   Peter C. Lallas
                              Ty Cobb (D.C. Bar No. 270736)
                              Peter C. Lallas (D.C. Bar No. 495944)
                              HOGAN & HARTSON L.L.P.
                              555 Thirteenth Street, N.W.
                              Washington, D.C.  20004-1109
                              Telephone:  (202) 637-5600
                              Facsimile:  (202) 637-5910

                              *Counsel for Defendants*

Dated:  April 2, 2008

## DECLARATION OF MOLLY BORG

I, Molly Borg, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Minnesota and the United States District Court for the District of Minnesota.

2. I am associated with the law firm of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2157, (612) 977-8400.

3. I have been admitted *pro hac vice* twice in this Court in the last two years.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Dated: April 1, 2008

_____
Molly Borg