UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Armenian Assembly of America, Inc., and the Armenian Genocide Museum & Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Gerard L. Cafesjian, individually and as Trustee and President of the Armenian Genocide Museum and Memorial, Inc. and President and Director of the Cafesjian Family Foundation, Inc.; John J. Waters, Jr., individually and as Secretary/Treasurer of the Armenian Genocide Museum and Memorial, Inc., President of the TomKat Limited Partnership, and Secretary and Director of the Cafesjian Family Foundation, Inc.; The Cafesjian Family Foundation, Inc; and the TomKat Limited Partnership, <br><br> Defendants. | Civil File No. 1:08-cv-255 (CKK) <br><br><br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF THE CAFESJIAN FAMILY FOUNDATION, INC.** |

Defendant The Cafesjian Family Foundation, Inc. makes the following statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.     The Cafesjian Family Foundation, Inc. is a Florida non-profit corporation with no members and no shareholders.

2.     Because there are no shares, no publicly held company owns any stock.

2160961v1

Dated: April 7, 2008                              **BRIGGS AND MORGAN, P.A.**

                                By:  s/ Molly M. Borg
                                    Timothy R. Thornton
                                    Molly M. Borg
                          2200 IDS Center
                          80 South Eighth Street
                          Minneapolis, MN  55402-2157
                          (612) 977-8400
                          *Admitted Pro Hac Vice*
                          **AND**

                          **HOGAN AND HARTSON LLP**

                          By:    s/ Peter C. Lallas
                                    Ty Cobb (D.C. Bar No. 270736)
                                    Peter C. Lallas (D.C. Bar No.495944)
                          555 Thirteenth Street, NW
                          Washington, DC 20004
                          (202) 637-5600

                          **ATTORNEYS FOR DEFENDANTS**

2160961v1