UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ARMENIAN ASSEMBLY OF AMERICA, INC. and THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GERARD L. CAFESJIAN, INDIVIDUALLY and as TRUSTEE and PRESIDENT (former) OF THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., et al., <br><br> Defendants. | Civil File No. 08-00255 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter C. Lallas, am a member in good standing of the bar of this Court. I hereby move that Timothy R. Thornton be permitted to represent defendants in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for defendant. A Declaration of Mr. Thornton in support of this Motion is appended hereto and incorporated by reference.

Respectfully submitted,

/s/ Peter C. Lallas
Ty Cobb (D.C. Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 495944)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants*

Dated: April 16, 2008

\\\DC - 030332/000003 - 2705895 v1

## DECLARATION OF TIMOTHY R. THORNTON

I, Timothy R. Thornton, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Minnesota, United States District Court for the District of Minnesota, United States District Court for the District of North Dakota, the United States Court of Appeals for the Seventh, Eighth and Tenth Circuits, and the United States Supreme Court.

2. I am associated with the law firm of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2157, (612) 977-8400.

3. I have been admitted *pro hac vice* twice in this Court in the last two years.

4. I have never been disbarred, suspended (except for tardy CLE compliance in Wisconsin and Florida) or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Dated: April 1, 2008                                              Timothy R. Thornton