UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

The Armenian Assembly of America, et al.,

          Plaintiffs,

                                        Civil File No. 08-00255

v.

Gerard Cafesjian, et al.

          Defendants.

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David T. Case am a member in good standing of the bar of this Court. I hereby move that Arnold R. Rosenfeld be permitted to represent Plaintiffs The Armenian Assembly of America and The Armnenian Genocide Museum and Memorial, Inc. in the above captioned action for all matters related to this case, in addition to counsel of record who have already appeared for plaintiff. A Declaration of Mr. Rosenfeld in support of this motion is appended hereto and incorporated by reference.

Dated April 24, 2008                **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

                                        By:   /s/ David T. Case
                                                David T. Case (D.C. Bar No. 384062)
                                                1601 K Street, NW
                                                Washington, D.C. 20006
                                                Tel:   (202) 778-9000
                                                Fax:  (202) 778-9100

                                                Counsel for Plaintiffs
                                                The Armenian Assembly of America and The
                                                Armenian Genocide Museum and Memorial, Inc.

## DECLARATION OF ARNOLD R. ROSENFELD

I, Arnold R. Rosenfeld, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Massachusetts and the United States District Court for Massachusetts.

2. I am associated with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111

3. I have been admitted *pro hac vice* in this Court in 2007 in two separate matters related to the present case.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the local Rules of this court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

_____
Arnold R. Rosenfeld

Dated: April 22, 2008