UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Armenian Assembly of America, et al.,

        Plaintiffs,

v.

Gerard Cafesjian, et al.

        Defendants.

Civil File No. 08-00255

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David T. Case am a member in good standing of the bar of this Court. I hereby move that Naoka E. Carey be permitted to represent Plaintiffs The Armenian Assembly of America and The Armnenian Genocide Museum and Memorial, Inc. in the above captioned action for all matters related to this case, in addition to counsel of record who have already appeared for plaintiff. A Declaration of Ms. Carey in support of this motion is appended hereto and incorporated by reference.

Dated April 24, 2008

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   /s/ David T. Case
      David T. Case (D.C. Bar No. 384062)
      1601 K Street, NW
      Washington, D.C. 20006
      Tel:  (202) 778-9000
      Fax:  (202) 778-9100

Counsel for Plaintiffs
The Armenian Assembly of America and The Armenian Genocide Museum and Memorial, Inc.

## DECLARATION OF NAOKA E. CAREY

I, Naoka E. Carey, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Massachusetts and the District of Columbia, and the United States District Court for Massachusetts.

2. I am associated with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111

3. I have been admitted *pro hac vice* in this Court in 2007 in two separate matters related to the present case.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the local Rules of this court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I delcare under the penalties of perjury that the foregoing statements are true and correct.

_____
Naoka E. Carey

Dated: March 5, 2008