UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Armenian Assembly of America, Inc., and the Armenian Genocide Museum & Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Gerard L. Cafesjian, individually and as Trustee and President of the Armenian Genocide Museum and Memorial, Inc. and President and Director of the Cafesjian Family Foundation, Inc.; John J. Waters, Jr., individually and as Secretary/Treasurer of the Armenian Genocide Museum and Memorial, Inc., President of the TomKat Limited Partnership, and Secretary and Director of the Cafesjian Family Foundation, Inc.; The Cafesjian Family Foundation, Inc; and the TomKat Limited Partnership, <br><br> Defendants. | Civil File No. 1:08-cv-255 (CKK) <br><br><br><br> **NOTICE OF WITHDRAWAL** |

**TO:** Plaintiffs and their attorneys of record, Arnold Rosenfeld and Naoka E. Carey, Kirkpatrick & Lockhart Preston Gates Ellis LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950.

PLEASE BE ADVISED that Briggs and Morgan, P.A. and Hogan and Hartson LLP note their withdrawal as the attorneys of record for defendants. Pursuant to the Notice of Appearance, Thomas F. Cullen, Jr. and the law firm of Jones Day are attorneys of record for all defendants.

2187170v1

Dated: June 6, 2008

                              **BRIGGS AND MORGAN, P.A.**

By:   /s/ Molly M. Borg
       Timothy R. Thornton (Minn. #109630)
       Molly M. Borg (Minn. #0331922)
       2200 IDS Center
       80 South Eighth Street
       Minneapolis, MN 55402-2157
       (612) 977-8400

**AND**

**HOGAN AND HARSTON LLP**

By:   /s/ Peter C. Lallas
       Ty Cobb (DC Bar No. 270736)
       Peter C. Lallas (D.C. Bar No. 384062)
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004-1109
       Tel: (202) 637-5600

2187170v1