IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Armenian Assembly of America, Inc., and the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Gerard L. Cafesjian, individually and as Trustee and President of the Armenian Genocide Museum and Memorial, Inc. and President and Director of the Cafesjian Family Foundation, Inc.; John J. Waters, Jr., individually and as Secretary/Treasurer of the Armenian Genocide Museum and Memorial, Inc., President of the TomKat Limited Partnership, and Secretary and Director of the Cafesjian Family Foundation, Inc.; The Cafesjian Family Foundation; and the TomKat Limited Partnership, <br><br> Defendants. | Civil. File No. 1:08-00255 (CKK) |

## NOTICE OF CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

I, Nancy L. Berardinelli-Krantz, hereby certify that I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

June 12, 2008

Respectfully submitted,

Nancy L. Berardinelli-Krantz (OH # 0075692)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3671
Fax:    (202) 626-1700
Email:  nbkrantz@jonesday.com