UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

The Armenian Assembly of America, et al.,

       Plaintiffs,

  v.

Gerard Cafesjian, et al.

       Defendants.
_____

Civil File No. 08-00255

**NOTICE OF NAME CHANGE**

Counsel for Plaintiffs, The Armenian Assembly of America, Inc. and The Armenian Genocide Museum and Memorial, Inc., hereby notifies the Court and counsel that effective July 1, 2008 the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP officially changed its name to K&L Gates LLP.  All other contact information remains the same.

Respectfully submitted,

Dated:  July 15, 2008    **K&L GATES LLP**

    By:    __/s/ David T. Case_____
          David T. Case (D.C. Bar No. 384062)
          1601 K Street, NW
          Washington, D.C.  20006
          Tel:    (202) 778-9000
          Fax:   (202) 778-9100

    AND

/s/
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175

Counsel for Plaintiffs