AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Service was made via U.S. Certified Mail on July 21, 2008. |
| NAME OF SERVER *(PRINT)* Nancy Berardinelli Krantz | TITLE Counsel for Counterclaim Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): The summons and a copy of the complaint was mailed to Mr. Hirair Hovnanian on July 18, 2008 by U.S. Postal Service Certified Mail. Counterclaim Plaintiffs received a return receipt indicating that the process was served upon Mr. Hovnanian on July 21, 2008.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES U.S. Postal Service Certified Mail | TOTAL $9.95 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 5, 2008        *[signature]*
              Date                    Signature of Server

51 Louisiana Avenue, NW
Washington, DC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure